**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LEALON JOHNSON,

      Plaintiff,

v.

MC CARRIER LLC,

      Defendant.

Case No. 2:25-cv-02454-MMD-NJK

**Order**

[Docket No. 4]

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 4.

The instant application is Plaintiff's second attempt to proceed *in forma pauperis*. *See* Docket Nos. 1, 4. The Court denied Plaintiff's previous application because it was incomplete and the financial situation portrayed in the application was a logical impossibility. *See* Docket No. 3 at 1. The Court afforded Plaintiff until January 9, 2026, to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. *Id.* at 1-2. The Court instructed the Clerk's Office to send Plaintiff a copy of the long form *in forma pauperis* application for non-prisoners and ordered that any renewed application by Plaintiff must be submitted on the long form and be filled out completely. *Id.* at 2. The Court warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**" *Id.* (emphasis in original).

Despite the Court's clear instructions and warning, Plaintiff has not complied with the Court's order. First, Plaintiff failed to file the instant application by the January 9, 2026, deadline set by the Court. *See* Docket No. 3; *see also* Docket No. 4 (filed January 12, 2026). Second, the instant application is, once again, incomplete. Docket No. 4. For example, the application indicates that Plaintiff received zero dollars of average monthly income from any source during

1

the past 12 months, *see id.* at 1-2 (Plaintiff's response to question 1), despite Plaintiff's response to question two indicating that he was employed and receiving wages from two different employers in the past 12 months. *See id.* at 2 (Plaintiff's response to question 2). Additionally, Plaintiff's first application indicates that Plaintiff is responsible for the support of five dependents, *see* Docket No. 1 at 3, however, in the instant application Plaintiff responded "NA" to question 7 regarding persons who rely on Plaintiff or Plaintiff's spouse for support. *See* Docket No. 4 at 3. Third, the financial situation portrayed in the application is, once again, a logical impossibility. The application indicates that Plaintiff has $10 in cash and no expected income, but approximately $85 in monthly expenses.[1] *See id.* at 1-5. Docket No. 4.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is **DENIED** without prejudice. Docket No. 4. In the interest of deciding this case on its merits, the Court will afford Plaintiff one final chance to file a complete *in forma pauperis* application. No later than **February 10, 2026**, Plaintiff must either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Any renewed application must be submitted on the long form and must be filled out completely. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**

The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of the <u>long form</u> *in forma pauperis* application for non-prisoners.

IT IS SO ORDERED.

Dated: January 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court also notes that Plaintiff's address provided in the papers appears to be a mobile home. *Cf. United States v. Perea-Rey*, 680 F.3d 1179, 1182 n.1 (9th Cir. 2012) (courts may take judicial notice of Google maps and related images). Mobile homes are generally not free, yet Plaintiff fails to disclose any monthly expenses relating to this residence.