# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEALON JOHNSON,

      Plaintiff,

v.

MC CARRIER LLC,

      Defendant.

Case No. 2:25-cv-02454-MMD-NJK

**REPORT AND RECOMMENDATION**

On January 13, 2026, the Court denied Plaintiff's application to proceed *in forma pauperis* and afforded Plaintiff until February 10, 2026, to either (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial information; or (2) pay the $405 fee for filing a civil action. Docket No. 6 at 2. The Court warned that "**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED.**" *Id.* at 2 (emphasis in original). Plaintiff did not file a fully complete application, pay the filing fee, seek extension, or otherwise take further action in this case. *See* Docket.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: February 18, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

# NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

1