UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEALON JOHNSON, | Case No. 2:25-cv-02454-MMD-NJK |
| Plaintiff, | ORDER |
| v. | |
| MC CARRIER, LLC, | |
| Defendant. | |

*Pro se* Plaintiff Lealon Johnson brought this action asserting labor violations against Defendant MC Carrier LLC. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe (ECF No. 8), recommending the Court dismiss this case without prejudice for failure to comply with the Court's previous order. Plaintiff had until March 4, 2026 to file an objection to the R&R. To date, no objection has been filed. Because there is no objection, and as further explained below, the Court will adopt the R&R and dismiss this case without prejudice.

Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Koppe did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Koppe explains in the R&R that the Court previously denied Plaintiff's application to proceed *in forma pauperis* and afforded Plaintiff until February 10, 2026 to either file a complete application or pay the full filing fee. (ECF No. 8 (citing ECF No. 6 at 2).) The Court agrees that Plaintiff did not file a complete application, pay the filing fee, seek extension, or take any further action in this case, despite the Court's warning that failure to comply may result in dismissal. (*Id.*)

It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 8) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and close this case.

DATED THIS 6th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2